ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BEHNAZ KHALEGHI,<br><br>              Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security, *et al*.,<br><br>              Defendants. | Case No. 4:24-cv-03347 HSG<br><br>**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On September 3, 2024, the Court granted the parties' request to stay proceedings until December 4, 2024, to allow time for the agency to interview and adjudicate Plaintiff's asylum application. *See* Dkt. 13. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on November 4, 2024. Following Plaintiff's asylum interview, USCIS must complete all background, identity, and security checks as part of regular case processing, pursuant to 8 U.S.C. § 1158(d)(5)(A)(i).

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until January 3, 2025, at which time the parties will file a joint status report with the Court. At that time, the

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: December 4, 2024

Respectfully submitted[1],

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorneys
Attorneys for Defendants

Dated: December 3, 2024

*/s/ Michael Martin*
MICHAEL MARTIN
Martin & Farah Law, PC
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/5/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.