ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BEHNAZ KHALEGHI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security, *et al.*,<br><br>　　　　　　Defendants. | Case No. 4:24-cv-03347 HSG<br><br>**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on November 4, 2024. Following Plaintiff's asylum interview, USCIS must complete all background, identity, and security checks as part of regular case processing, pursuant to 8 U.S.C. § 1158(d)(5)(A)(i). Once the security checks are completed, USCIS will finish adjudication of the application..

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until February 3, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 3, 2025                                  Respectfully submitted[1],

                                              ISMAIL J. RAMSEY
                                              United States Attorney

                                              */s/ Elizabeth D. Kurlan*
                                              ELIZABETH D. KURLAN
                                              Assistant United States Attorneys
                                              Attorneys for Defendants

Dated: January 3, 2025

                                              */s/ Michael Martin*
                                              MICHAEL MARTIN
                                              Martin & Farah Law, PC
                                              Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   1/6/2025

                                              HAYWOOD S. GILLIAM, JR.
                                              United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.