1    ISMAIL J. RAMSEY (CABN 189820)
     United States Attorney
2    PAMELA T. JOHANN (CABN 145558)
     Chief, Civil Division
3    ELIZABETH D. KURLAN (CABN 255869)
     Assistant United States Attorney
4
            450 Golden Gate Avenue, Box 36055
5           San Francisco, California 94102-3495
            Telephone: (415) 436-7298
6           Facsimile: (415) 436-6748
            Elizabeth.Kurlan@usdoj.gov
7
     Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12   BEHNAZ KHALEGHI,
                                          Case No. 4:24-cv-03347 HSG
13                 Plaintiff,

14         v.                             **STIPULATION TO CONTINUE THE STAY OF
                                          PROCEEDINGS; ORDER**
15   KRISTI NOEM,[1] Secretary of the United States
     Department of Homeland Security, *et al*.,
16
17                 Defendants.

18

19         The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form

20   I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration

21   Services ("USCIS") interviewed Plaintiff on November 4, 2024.  Following Plaintiff's asylum

22   interview, USCIS scheduled a follow-up interview for February 5, 2025.

23         Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

24   February 19, 2025, at which time the parties will file a joint status report with the Court. At that time,

25   the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

26

27         [1]  Kristi Noem is automatically substituted as the defendant in this matter in accordance with
     Federal Rule of Civil Procedure 25(d).
28
     Joint Status Report
     C 4:24-cv-03347 HSG                    1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 3, 2025

Respectfully submitted[2],

ISMAIL J. RAMSEY
United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorneys
Attorneys for Defendants

Dated: February 3, 2025

*/s/ Michael Martin*
MICHAEL MARTIN
Martin & Farah Law, PC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    2/4/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report
C 4:24-cv-03347 HSG                                2