PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BEHNAZ KHALEGHI,<br><br>                Plaintiff,<br><br>   v.<br><br>KRISTI NOEM,[1] Secretary of the United States Department of Homeland Security, *et al*.,<br><br>               Defendants. | Case No. 4:24-cv-03347 HSG<br><br>**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

      The parties apologize to the Court for their delay in submitting a response by February 19, 2025, due to the need for the Defendants to secure Plaintiff's consent to an extension. The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on February 5, 2025. Following Plaintiff's follow-up interview, USCIS issued a Request for Evidence ('RFE") on Plaintiff's application. Plaintiff requested an extension of time to respond to the RFE, until February 24, 2025.

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report
C 4:24-cv-03347 HSG                                 1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 11, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 21, 2025

Respectfully submitted[2],

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorneys
Attorneys for Defendants

Dated: February 21, 2025

*/s/ Michael Martin*
MICHAEL MARTIN
Martin & Farah Law, PC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   2/24/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Joint Status Report
C 4:24-cv-03347 HSG                                2